### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BISAU MENDY, et al<br><br>        Plaintiffs<br><br>    v.<br><br>BOXREC, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 1:22-CV-535<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 22nd day of July, 2022, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED AS MOOT**.[1]

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**

---

[1] On July 14, 2022, the receipt of filing fee payment was docketed.