UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BISSAU MENDY, *et al.*, <br> Plaintiffs <br><br> v. <br><br> BOXREC, *et al.*, <br> Defendants | Civil Action No. 1:22-cv-00535-KM <br> (Honorable Karoline Mehalchick) |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Stephen Moniak, Esquire, and the law firm of Appel, Yost & Zee LLP, on behalf of Defendants, BoxRec Limited, John Sheppard and Marina Sheppard, in the above-captioned matter.

APPEL, YOST & ZEE LLP

Date: 8/11/22

By: /s/Stephen Moniak
Stephen Moniak, Esquire
PA Attorney I.D. No. 80035
33 North Duke Street
Lancaster, PA 17602
Telephone: 717-394-0521
Email: smoniak@ayzlaw.com
*Attorneys for Defendants, BoxRec Limited, John Sheppard & Marina Sheppard*

1

# CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing Praecipe was served upon the person(s) and in the manner indicated below:

Service via this Court's electronic filing and via email, addressed as follows:

> Edward Bissau Mendy, *Pro Se*
> Brendon Denes, *Pro Se*
> Ivana Habazin, *Pro Se*
> Charles Muniz, *Pro Se*
> 4120 Erato Street, Apt. 1
> New Orleans, LA 70125

Service via First Class Mail, addressed as follows:

Samson Lu
c/o Box Rec, Ltd.
Railway Court
Doncaster,
DN4 5FB United Kingdom

Round 10 Boxing
364/8 Street, Al Quoz First,
Warehouse 42, Dubai, UAE

Ahmed Seddiqi
364/8 Street, Al Quoz First
Warehouse 42, Dubai, UAE

Association of Boxing Commissions
Michael Mazzulli, President
3605 Missouri Blvd.
Jefferson City, MO 65109
    and
Association of Boxing Commissions
Penncorp Service Group, Inc.
600 North 2nd Street, Suite 401
Harrisburg, PA 17101

MTK Global
Business Center Office No. 2101-4
Khalifa Tower,
Bur Dubai Dubai
Dubai, United Arab Emirates

Dubai Boxing Commission
364/8 Street, Al Quoz First,
Warehouse 42, Dubai, UAE

Jose Mohan
364/8 Street, Al Quoz First,
Warehouse 42, Dubai, UAE

Daniel Kinahan
MTK Global Sports Management, L.L.C.
Business Center Office No. 2101-4
Khalifa Tower,
Bur Dubai,
Dubai, United Arab Emirates

APPEL, YOST & ZEE LLP

Date: 8/11/22

By: /s/Stephen Moniak
Stephen Moniak, Esquire
Attorney I.D. No. 80035
*Attorneys for Defendants, BoxRec Limited, John Sheppard & Marina Sheppard*