UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BISSAU MENDY, *et al.*,<br>Plaintiffs<br><br>v.<br><br>BOXREC, *et al.*,<br>Defendants | :<br>:<br>:<br>:  Civil Action No. 1:22-cv-00535-KM<br>:  (Honorable Karoline Mehalchick)<br>:<br>:<br>: |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, BoxRec Limited, makes the following disclosure:

1. Is the party a non-governmental corporate party?

    ☒   YES         ☐   NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    None.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    None.

APPEL, YOST & ZEE LLP

Date: 8/11/22

By: /s/Stephen Moniak
Stephen Moniak, Esquire
PA Attorney I.D. No. 80035
33 North Duke Street
Lancaster, PA 17602
Telephone: 717-394-0521
Email: smoniak@ayzlaw.com
*Attorneys for Defendants, BoxRec Limited,*
*John Sheppard & Marina Sheppard*